UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TANNER J. STICKNEY, Plaintiff, v. WILLIAM HYATTE and JEFFERY HAHN, Defendants. | CAUSE NO. 3:22-CV-355-JD-MGG |

ORDER

Tanner J. Stickney, a prisoner without a lawyer, was granted until September 8, 2022, to file an amended complaint because the current complaint does not state a claim for relief. ECF 7. He was cautioned that if he did not respond by the deadline, this case could be dismissed without further notice. *Id.* The deadline has passed with no response from Stickney.

Therefore, this case is dismissed under 28 U.S.C. § 1915A for failure to state a claim.

SO ORDERED on September 28, 2022

/s/JON E. DEGUILIO
CHIEF JUDGE
UNITED STATES DISTRICT COURT